NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DONNA McCUE-EMERY,  )
                    )
        Appellant,   )
                    )
v.                   )          Case No. 2D17-3666
                    )
DAVID THOMAS EMERY,  )
                    )
        Appellee.    )
 _____ )

Opinion filed March 27, 2019.

Appeal from the Circuit Court for Pasco
County; Lauralee G. Westine, Judge.

Allison M. Perry of Florida Appeals, P.A.,
Tampa, for Appellant.

David L. Hurvitz of Law Office of David
Hurvitz PA, Tampa, for Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, CASANUEVA, and SILBERMAN, JJ., Concur.